IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00020-MP

TERRANCE LORENZO TILLMAN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 237, a letter from Mr. Tillman, which the Court construes as a motion under Second Chance Act of 2007: Community Safety Through Recidivism Prevention, Pub. L 110–199, 122 Stat. 658 (2008). Mr. Tillman seeks an order of the Court directing the Bureau of Prisons, presumably under that Act's amendments to 18 U.S.C. § 2624(c), to allow him to spend the final twelve months of his sentence in a halfway house or home confinement. The motion is first of all premature, as Mr. Tillman was sentenced to 120 months imprisonment in 2003. Also, the Second Chance Act does not create a right of action for prisoners. Title 42 U.S.C. § 17504 of the Act provides, "Nothing in this Act or an amendment made by this Act shall be construed as creating a right or entitlement to assistance or services for any individual, program, or grant recipient." Accordingly, this matter is within the discretion of the Bureau of Prisons, and Mr. Tillman's motion is denied.

    **DONE AND ORDERED** this _16th_ day of April, 2009

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge